```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09407
    CAROLYN FORT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0189


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/24/2007 and was not confirmed.

      The case was dismissed without confirmation 08/22/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED NOT I    NOT FILED          .00            .00
RESCAP MORTGAGE            CURRENT MORTG         .00           .00            .00
RESCAP MORTGAGE            MORTGAGE ARRE    1946.85            .00            .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG         .00           .00            .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE    17000.00           .00            .00
FLEET CREDIT CARD          UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
CAPITAL ONE                UNSECURED         236.74            .00            .00
CHARTER ONE BANK           UNSECURED        NOT FILED          .00            .00
CHASE                      UNSECURED        NOT FILED          .00            .00
CHASE/CIRCUIT CITY         UNSECURED        NOT FILED          .00            .00
CHASE/CIRCUIT CITY         UNSECURED        NOT FILED          .00            .00
CITI CARDS                 UNSECURED        NOT FILED          .00            .00
CITIZENS BANK              UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO            UNSECURED        1275.00            .00            .00
CITY OF CHICAGO            UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00            .00
CONSECO BC                 UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        1091.02            .00            .00
CITIBANK                   UNSECURED        NOT FILED          .00            .00
DPUC CREDIT UNION          UNSECURED        NOT FILED          .00            .00
EVANS FUR                  UNSECURED        NOT FILED          .00            .00
GEMB/JC PENNEY             UNSECURED        NOT FILED          .00            .00
GEMB WALMART               UNSECURED        NOT FILED          .00            .00
GEMB WALMART               UNSECURED        NOT FILED          .00            .00
HSBC NV                    UNSECURED        NOT FILED          .00            .00
HSBC NV                    UNSECURED        NOT FILED          .00            .00
HSBC HARLM                 UNSECURED        NOT FILED          .00            .00
JAN VELICHKOVA             UNSECURED        NOT FILED          .00            .00
KOHLS DEPT ST              UNSECURED        NOT FILED          .00            .00
LETERIO SIMS/AFNI/AMERIC   UNSECURED        NOT FILED          .00            .00
M3 FINANCIAL SERVICES      UNSECURED        NOT FILED          .00            .00
NBGL CARSONS               UNSECURED        NOT FILED          .00            .00
NBGL CARSONS               UNSECURED        NOT FILED          .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09407 CAROLYN FORT
```

```
PEOPLES GAS & LIGHT         UNSECURED        1662.23              .00           .00
PEOPLES GAS & LIGHT         UNSECURED       NOT FILED             .00           .00
RUSH PRES ST LUKES MEDIC    UNSECURED       NOT FILED             .00           .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED             .00           .00
SPIEGEL                     UNSECURED       NOT FILED             .00           .00
TNB TARGET                  UNSECURED       NOT FILED             .00           .00
UNVL CITI                   UNSECURED       NOT FILED             .00           .00
WACHOVIA BANK               UNSECURED       NOT FILED             .00           .00
RESCAP MORTGAGE             NOTICE ONLY     NOT FILED             .00           .00
ROBERT V SCHALLER ^         REIMBURSEMENT    384.00               .00           .00
ROBERT V SCHALLER ^         DEBTOR ATTY     2,000.00                            .00
TOM VAUGHN                  TRUSTEE                                             .00
DEBTOR REFUND               REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                         .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/05/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 09407 CAROLYN FORT